ACCEPTED
12-14-00280-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/30/2015 1:32:41 PM
CATHY LUSK
CLERK

**NO. 12-14-00280-CV**

_____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/30/2015 1:32:41 PM
CATHY S. LUSK
Clerk

IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT, TYLER
TEXAS

_____

**TONDA HARRIS HELMS**
*Appellant,*
**v.**
**MARY FRANCES SWANSEN**
*Appellee.*

_____

On Appeal from Cause No. 62,602-A
In the County Court at Law #2 in and for Smith County, Texas
Honorable Randall Lee Rogers, Presiding Judge

_____

**APPELLANT'S REPLY BRIEF**

_____

Jonathan Wharton
SNOW E. BUSH, JR., P.C.
Texas State Bar No. 24075764
420 N. Center Street
Longview, TX 75601
Tel. (903) 753-7006
Fax (903) 753-7278
jonathanwharton1@sbcglobal.net
**ATTORNEY FOR APPELLANT**
**TONDA HARRIS HELMS**

April 30, 2015

# TABLE OF CONTENTS

**TABLE OF CONTENTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**ARGUMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**CERTIFICATE OF SERVICE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**CERTIFICATE OF COMPLIANCE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

## ARGUMENT

The Appellant's brief is sufficient to inform this court's decision, but one additional note should be made. The Appellee's brief highlights the problem of the trial court refusing to file additional findings of fact: she is now arguing that her breach of contract claim is based on bailment for the first time on appeal. "Bailment" is not mentioned in her pleadings. CR 4-9. It was not mentioned in the trial or in the parties' written closing arguments. CR 78-79. It is not mentioned in the judgment. CR 111-13. Neither is it mentioned in the findings of fact and conclusions of law. CR 102-06. The Appellant specifically requested additional findings on these issues so that they could be resolved in the trial court instead of on appeal, but that request was ignored. CR 97-98. The appellate court and the parties should not have to wait until after an appeal has been filed and briefs submitted to find out the basis of the judgment when a timely request was made.

Respectfully submitted,

SNOW E. BUSH, JR., P.C.
420 N. Center Street
Longview, TX 75601
Tel. (903) 753-7006
Fax. (903) 753-7278
E-mail: jonathanwharton1@sbcglobal.net
    /s/ Jonathan Wharton
By:_____

2

JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR APPELLANT,
TONDA HARRIS HELMS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been delivered to Robert G. Hindman, counsel for appellee, on this the 30th day of April, 2015.

/s/ Jonathan Wharton

JONATHAN WHARTON

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the Appellant's Reply Brief (as measured under Tex. R. App. P. 9.4(i)(1)) contains 7,872 words as counted by Microsoft WordPerfect on this the 30th day of April, 2015.

/s/ Jonathan Wharton

JONATHAN WHARTON